**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANGEL RIVERA, | CASE NO.: 3:24-cv-00541-SFR-RMS |
| Plaintiff, | |
| v. | |
| CSC HOLDINGS, LLC a/k/a Altice | **<u>JOINT STATUS REPORT</u>** |
| Defendant. | |

In accordance with the Court's September 8, 2025 Order (ECF No. 76), the parties hereby submit the following Joint Status Report:

### A.     Status of Discovery

With the exception of the issues raised in Defendant's pending Motion to Compel Discovery, filed on May 21, 2026 (ECF No. 99) and which motion was referred to Magistrate Judge Robert M. Spector for adjudication, discovery has concluded (ECF No. 105). Defendant's motion remains pending under advisement subject to Magistrate Spector's Order June 1, 2026 Order (ECF No. 105). Defendant deposed Plaintiff on May 8, 2026, but that deposition remains open subject to Plaintif's further production of documents in accordance with Magistrate Spector's June 1, 2026 Order (ECF No. 105). Neither party has retained or disclosed any expert witnesses.

### B.     Dispositive Motions

Defendant intends to file a Motion for Summary Judgment. The current dispositive motion deadline is July 8, 2026. Considering the above fact discovery issues and Defendant's pending Motion to Compel discovery, Defendant anticipates requesting an extension of this deadline to August 14, 2026, and will file the necessary motion in accordance with D. Conn. Local Rule 7(b).

C. **The parties do not consent to trial by a Magistrate Judge.**

D. **The parties estimate trial lasting between 3-5 business days.**

E. **The parties have conferred with each other and their clients and are not interested in this matter being referred to a settlement conference.**

Dated:  June 10, 2026

**DALY, WEIHING & BOCHANIS LLC**

By: *John T. Bochanis*
      John T. Bochanis (CT 101227)
      1776 North Avenue
      Bridgeport, Connecticut 06604
      Telephone: (203) 333-8500
      *Attorneys for Plaintiff Angel Rivera*

Dated:  June 10, 2026

**SEYFARTH SHAW LLP**

By: *Randi L. Halbert*
      Cameron A. Smith (CT 445270)
      Randi L. Halbert (CT 410786)
      Joseph M. Vento (admitted *pro hac vice*)
      620 Eighth Avenue
      New York, New York 10018
      Telephone: (212) 218-5500
      *Attorneys for Defendant CSC Holdings, LLC*

2

326504916v.1