**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ANGEL RIVERA**<br>　　**Plaintiff,**<br>**v.**<br><br>**CSC HOLDINGS, LLC d/b/a ALTICE**<br>　　**Defendant.** | **CASE NO. 3:24-cv-00541-SFR**<br><br><br><br>**JUNE 15, 2026** |

**PLAINTIFF'S OBJECTION TO
DEFENDANT'S MOTION TO COMPEL**

**BACKGROUND**

The Plaintiff, Angel Rivera's race is Hispanic. The Plaintiff was employed with the Defendant and its predecessor from approximately March 2004 until he was discharged on or about February 11, 2022. The Plaintiff's position with the Defendant on the date of his discharge was Direct Sales Account Executive.  The Plaintiff's job duties included client sales of the Defendant's services and products including cellular phone service. On or about January 27, 2022 Plaintiff was contacted by the Defendant's manager, Blaise Wylie (Caucasian) and Plaintiff was informed that he was being suspended without pay for violation of policies pertaining to residential sales. Mr. Wiley became Plaintiff's manager approximately three months prior to his suspension and discharge. During Plaintiff's 12 years of employment with the Defendant he performed his job satisfactorily and Plaintiff was never disciplined during his employment. The Plaintiff together with other Hispanic

direct sales account executives were suspended and subsequently discharged on February 11, 2022. The Defendant's explanation for Plaintiff's discharge was violation of employment policies. The Defendant wrongfully accused the Plaintiff and other Hispanic direct sale account executives of receiving sales commissions on the sale of Defendant's newly offered cell phone service. The Defendant alleged that the cell phone service sold to customers was not activated by the customers after the service was sold by the direct sales representatives for which they received commissions. But contrary to the Defendant's claim, the Plaintiff and other direct sales account executives did not and could not control if the customers actually activated the cell phone service. No other direct sale account executives were discharged for alleged violation of policies and Plaintiff followed and complied with all of Defendant's employment policies. The Plaintiff has alleged he was targeted and discharged because of his race. (Hispanic) Contrary to the Defendants' claim, the Plaintiff did not violate the Defendant's policies and the Plaintiff, together with the other non-Hispanic direct sale account executives, performed their duties in the same manner as the non-protected basis sales account executives. In addition, prior to Plaintiff's discharge a progressive disciplinary policy existed which was not applied prior to Plaintiff's discharge. Contrary to the Defendant's representation as the basis of Plaintiff's discharge, the Defendant has discriminated against the Plaintiff in the terms and conditions of his employment by discharging the Plaintiff as a result of his race. Based on the Defendant's actions as described above, the Defendant targeted, disciplined and terminated the Plaintiff based on his race. The Defendant has discriminated against the Plaintiff in the terms and conditions of his employment including by discharging the Plaintiff as a

result of his race/color in violation of Connecticut General Statutes Section 46a-60(b)(1).

The Plaintiff in the Second Count of the amended complaint has alleged the Defendant defamed him by accusing him of engaging in fraudulent conduct during his employment with the Defendant. The Plaintiff has alleged that the Defendant's accusation of fraudulent conduct was false and malicious.  The Plaintiff has alleged that the defamatory statements were made by supervisors including Mr. Wiley of by the Defendant with direct sales executives in attendance at the meetings. The meeting was held after Plaintiff was discharged from employment by the Defendant.

## ARGUMENT

The Plaintiff respectfully objects to the Defendant's motion to compel.  The discovery issues raised by the Defendant may be distilled to the Defendant's request for discovery pertaining to Plaintiff's mitigation efforts.  Initially it should be noted that the Plaintiff was discharged by the Defendant on or about February 11, 2022.  Subsequent to his discharge, the Plaintiff applied for unemployment benefits and as a result had to conduct weekly job searches which the Plaintiff submitted to the State of Connecticut, Department of labor but did not retain copies.  The Plaintiff was successful in obtaining employment on approximately October 2022 with GoNet Speed.  Any documents pertaining to the Plaintiff's subsequent employment were searched for by the Plaintiff and the documentation he was able to locate in his possession were subsequently provided to Defendant's counsel with supplemental discovery compliance on May 28, 2026.  The Plaintiff also provided W-2 forms reflecting income after his discharge and a current paystub reflecting his

income he currently earns from employment. Since the Plaintiff did not have any documentation concerning his employment searches subsequent to employment other than was previously provided, Plaintiff has provided the Defendant with an authorization to obtain his unemployment records which would include job searches he performed and submitted to the State of Connecticut Department of Labor. The Plaintiff has also submitted to the State of Connecticut Department of Labor a request for his unemployment records and job search document records while he was receiving unemployment benefits prior to his obtaining new employment. The Plaintiff was able to secure these records from the State of Connecticut Department of Labor, which records were emailed to Plaintiff's counsel's office on June 11, 2026. In order to obtain these records, Plaintiff's counsel had to place several calls to the State of Connecticut Department of Labor to expedite the release of the records, which records had to be screened by counsel for the State of Connecticut Department of Labor. The unemployment records contain a detailed record of all employment contacts Plaintiff made in his search of employment subsequent to his discharge. These records have been provided to defense counsel immediately upon receipt by Plaintiff's counsel on June 11, 2026. (A copy of the job search records are attached) The Plaintiff does not have any other records pertaining to his mitigation efforts other than what has already been provided to Defendant's counsel. As reflected by Plaintiff's previous compliance to discovery, the Plaintiff did not have in his possession his job search records which would have existed between his date of discharge in February 2022 up to his reemployment in approximately October 2022. The detailed record of job searches were in the possession of the State of Connecticut Department of Labor

and have been obtained and provided to Defendant's counsel. The Plaintiff has also provided an affidavit confirming his search for records concerning employment contacts.

## CONCLUSION

Based on the foregoing, the Plaintiff requests that the Defendant's motion to compel be denied in that the documents the Defendant requested in the Plaintiff's possession have been provided.

THE  PLAINTIFF

By:_____/s/_____
JOHN T. BOCHANIS ct00138
DALY, WEIHING & BOCHANIS, LLC
1776 North Avenue
Bridgeport, CT  06604
Telephone: (203) 333-8500
Fax: (203) 334-0305
Email: lawdwb@sbcglobal.net

## CERTIFICATION

This is to certify that on June 15, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
_____
JOHN T. BOCHANIS ct 00138

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANGEL RIVERA,<br>    Plaintiff,<br>v.<br><br>CSC HOLDINGS, LLC d/b/a ALTICE<br>    Defendant. | :<br>:CASE NO. 3:24-cv-00541-SFR<br>:<br>:<br>:<br>:<br>:JUNE 15, 2025<br>: |

## AFFIDAVIT OF ANGEL RIVERA

I, Angel Rivera, hereby depose and state the following;

1) I am over the age of eighteen years and believe in the obligation of an oath;

2) I am the Plaintiff in the above captioned matter and I am familiar with the facts contained herein;

3) I have searched for any documentation in my possession pertaining to mitigation of damages subsequent to my discharge from employment by the Defendant.  Any documents I have located in my possession concerning finding employment subsequent to my discharge from employment by the Defendant has been produced in my discovery compliance on March 12, 2026, May 8, 2026, May 28, 2026 and June 11, 2026.

4) I have also searched my profiles on job search websites including Indeed, Jobvite and Zip Recruiter but do not have any listings of my past job searches;

5) During my job search after I was discharged by the Defendant, I would use prospective company websites which contact information was sent to the State of Connecticut Department of Labor. I did not retain possession of the job search information. I submitted to the State of Connecticut Department of Labor. I signed an authorization and requested my job search records from the State of Connecticut Department of Labor. The State of Connecticut Department of Labor documents which included my job search efforts were received from the Department of Labor on June 11, 2026 and provided to the Defendant's counsel on the same date.

_____

Angel Rivera

STATE OF CONNECTICUT        )
                           )    SS:_____
COUNTY OF FAIRFIELD         )

Subscribed to and sworn before me this _____ day of _____ , 2026.

_____

Commissioner of the
Superior Court/ Notary
Public

6/4/26, 9:29 AM                                                      Weekly Certification Payment Details

INQ-032

## Work Search Details

Claimant SSN                      Claimant Name  ANGEL RIVERA

CWE                    02/19/2022
Certification Date     02/20/2022
Certification Time     23:45

**Work Search Details**

1. Did you actively look for work last week as required by CTDOL ?                     Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 02/18/2022 | Employer Contact | Employer Name:MOMENTUM SOLAR<br>Employer Address:80 CLARK DR , ,EAST BERLIN ,Connecticut,06023-0000<br>Telephone Number: 888666368<br>Position Applied For:SALES<br>Method of Contact:Telephone<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 888666368<br>Email Address:<br>Website Address:<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 02/16/2022 | Employer Contact | Employer Name:DYNAMIC ENERGY<br>Employer Address:4 RESEARCH DR , ,SHELTON ,Connecticut,06484-0000<br>Telephone Number: 877809888<br>Position Applied For:SALES<br>Method of Contact:Telephone<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 877809888<br>Email Address:<br>Website Address:<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 02/17/2022 | Employer Contact | Employer Name:SUN RUN SOLAR<br>Employer Address:75 BRAINARD RD , ,HARTFORD ,Connecticut,06114-0000<br>Telephone Number: 860920548<br>Position Applied For:SALES<br>Method of Contact:Telephone<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 860920548<br>Email Address:<br>Website Address:<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

6/4/26, 9:30 AM                                      Weekly Certification Payment Details

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                    02/26/2022
Certification Date     02/27/2022
Certification Time     23:45

**Work Search Details**

1. Did you actively look for work last week as required by CTDOL ?                    Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 02/24/2022 | Employer Contact | Employer Name:PAUL MILLER NISSAN<br>Employer Address:930 KINGS HWY E , ,FAIRFIELD ,Connecticut,06825-0000<br>Telephone Number: 203335358<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:GETMILLERIZED.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 02/23/2022 | Employer Contact | Employer Name:BMW OF BRIDGEPORT<br>Employer Address:43 NORTH AVE , ,BRIDGEPORT ,Connecticut,06606-0000<br>Telephone Number: 203873200<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:BMWOFBRIDGEPORT.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 02/25/2022 | Employer Contact | Employer Name:HONDA OF WESTPORT<br>Employer Address:1372 POST RD E , ,WESTPORT ,Connecticut,06880-0000<br>Telephone Number: 203254111<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:HONDAOFWESTPORT.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

6/4/26, 9:30 AM                                                  Weekly Certification Payment Details

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                      03/05/2022
Certification Date       03/06/2022
Certification Time       23:45

**Work Search Details**

1. Did you actively look for work last week as required by CTDOL ?                    Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 03/03/2022 | Employer Contact | Employer Name:THE EDGE<br>Employer Address:50 BOSTON RD , ,ORANGE ,Connecticut,06477-0000<br>Telephone Number: 203890936<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:THEEDGEFITNESSCLUBS.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 03/01/2022 | Employer Contact | Employer Name:PORSCHE FAIRFIELD<br>Employer Address:475 COMMERCE DR , ,FAIRFIELD ,Connecticut,06825-0000<br>Telephone Number: 203951659<br>Position Applied For:SALES<br>Method of Contact:Email<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:PORSCHEFAIRFIELD.COM<br>Website Address:<br>Fax Number: 000000000 | Not Accepting Applications/Resumes |
| 03/02/2022 | Employer Contact | Employer Name:SUN-WIND<br>Employer Address:262 WAKEMAN RD , ,FAIRFIELD ,Connecticut,06824-0000<br>Telephone Number: 203255371<br>Position Applied For:SALES<br>Method of Contact:Email<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:SUN-WIND SOLUTIONS.COM<br>Website Address:<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

INQ-032

# Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

| | |
|---|---|
| CWE | 03/12/2022 |
| Certification Date | 03/13/2022 |
| Certification Time | 23:45 |

## Work Search Details

1. Did you actively look for work last week as required by CTDOL ?          Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 03/10/2022 | Employer Contact | Employer Name:COUNTY TV<br>Employer Address:2770 SUMMER ST , ,STAMFORD ,Connecticut,06905-0000<br>Telephone Number: 203327263<br>Position Applied For:SALES<br>Method of Contact:In Person<br>Contact Person Name:MELISSA RAMOS<br>Contact Person Title:MANAGER<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 03/09/2022 | Employer Contact | Employer Name:AITORO APPLIANCES<br>Employer Address:401 WESTPORT AVE , ,NORWALK ,Connecticut,06851-0000<br>Telephone Number: 203847247<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:AITORO.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 03/08/2022 | Employer Contact | Employer Name:PC RICHARD & SON<br>Employer Address:1574 BOSTON POST RD , ,MILFORD ,Connecticut,06460-0000<br>Telephone Number: 203701045<br>Position Applied For:SALSS<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:PCRICHARD.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

6/4/26, 9:34 AM                                    Weekly Certification Payment Details

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                    03/19/2022
Certification Date     03/20/2022
Certification Time     23:45

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?                Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 03/17/2022 | Employer Contact | Employer Name:GANRIELLI TRUCK SALES<br>Employer Address:401 OLD GATE LN , ,MILFORD ,Connecticut,06460-0000<br>Telephone Number: 866239072<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:GABRIELLE TRUCK.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 03/18/2022 | Employer Contact | Employer Name:CORSERVA INC<br>Employer Address:100 TECHNOLOGY DR , ,TRUMBULL ,Connecticut,06611-0000<br>Telephone Number: 855330397<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:CONSERVA.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 03/15/2022 | Employer Contact | Employer Name:GONETSPEED<br>Employer Address:50 METHODIST HILL DR , ,ROCHESTER ,New York,14623-0000<br>Telephone Number: 585978810<br>Position Applied For:DIRECT SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:GONETSPEED.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

INQ-032

## Work Search Details

Claimant SSN                        Claimant Name   ANGEL RIVERA

CWE                 03/26/2022
Certification Date  03/27/2022
Certification Time  23:45

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?          Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 03/25/2022 | Employer Contact | Employer Name:HONDA<br>Employer Address:767 BRIDGEPORT AVE , ,MILFORD ,Connecticut,06460-0000<br>Telephone Number: 203684079<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:HONDAOFMILFORD.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 03/22/2022 | Employer Contact | Employer Name:ACURA OF MILFORD<br>Employer Address:1503 BOSTON POST RD , ,MILFORD ,Connecticut,06460-0000<br>Telephone Number: 203877433<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:ACURAOFMILFORD.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 03/23/2022 | Employer Contact | Employer Name:MCMAHON FORD<br>Employer Address:1 MAIN ST , ,NORWALK ,Connecticut,06851-0000<br>Telephone Number: 203838480<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:MCMAHONFORDLLC.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

INQ-032

# Work Search Details

Claimant SSN                          Claimant Name    ANGEL RIVERA

CWE                      04/02/2022
Certification Date       04/03/2022
Certification Time       23:45

**Work Search Details**

1. Did you actively look for work last week as required by CTDOL ?                        Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 03/29/2022 | Employer Contact | Employer Name:SOLAR QUEEN<br>Employer Address:300 AVON ST , ,STRATFORD ,Connecticut,06615-0000<br>Telephone Number: 203449651<br>Position Applied For:SALES<br>Method of Contact:Telephone<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 203449651<br>Email Address:<br>Website Address:<br>Fax Number: 000000000 | Not Accepting Applications/Resumes |
| 03/28/2022 | Employer Contact | Employer Name:TRINITY SOLAR<br>Employer Address:7 MCKEE PL , ,CHESHIRE ,Connecticut,06410-0000<br>Telephone Number: 877786728<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:TRINITY-SOLAR.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 04/01/2022 | Employer Contact | Employer Name:GONET SPEED<br>Employer Address:50 METHODIST HILL DR , ,ROCHESTER ,New York,14623-0000<br>Telephone Number: 207707291<br>Position Applied For:DIRECT SALES<br>Method of Contact:In Person<br>Contact Person Name:EMILY VALLI<br>Contact Person Title:MANAGER<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

6/4/26, 9:34 AM                                    Weekly Certification Payment Details

| | |quiry    Benchic acy    Audit    Doc ...    ...    .ms |

INQ-032

# Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                    04/09/2022
Certification Date     04/10/2022
Certification Time     23:45

## Work Search Details

1. Did you actively look for work last week as required by CTDOL ?              Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 04/06/2022 | Employer Contact | Employer Name:BANK OF AMERICA<br>Employer Address:2500 MAIN ST , ,BRIDGEPORT ,Connecticut,06606-0000<br>Telephone Number: 203579304<br>Position Applied For:CUSTOMER SERVICE<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:BANKOFAMERICA.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 04/04/2022 | Employer Contact | Employer Name:CITIZENS BANK<br>Employer Address:1000 LAFAYETTE BLVD , ,BRIDGEPORT ,Connecticut,06604-0000<br>Telephone Number: 203684065<br>Position Applied For:CUSTOMER SERVICE<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:CITIZENS BANK.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 04/08/2022 | Employer Contact | Employer Name:CITI BANK<br>Employer Address:939 MAIN ST , ,BRIDGEPORT ,Connecticut,06604-0000<br>Telephone Number: 203583861<br>Position Applied For:CUSTOMER SERVICE<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:CITIBANK.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

Weekly Certification Payment Details

li          Inquiry    Monm.  tary    Audit    Dor.          MS

INQ-032

## Work Search Details

Claimant SSN                    Claimant Name   ANGEL RIVERA

CWE                 04/16/2022
Certification Date   04/18/2022
Certification Time   20:52

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?            Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 04/11/2022 | Employer Contact | Employer Name:GREEN POWER ENERGY<br>Employer Address:42 OZICK DR , ,OZICK ,Connecticut,06422-0000<br>Telephone Number: 844584000<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:GREENPOWERENERGY.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 04/12/2022 | Employer Contact | Employer Name:ATT.COM<br>Employer Address:5065 MAIN ST , ,TRUMBULL ,Connecticut,06611-0000<br>Telephone Number: 203374665<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:AT&T.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 04/14/2022 | Employer Contact | Employer Name:T MOBILE<br>Employer Address:494 BRIDGEPORT AVE , ,SHELTON ,Connecticut,00000-0000<br>Telephone Number: 203929822<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:T-MOBILE.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

INQ-032

## Work Search Details

| | | |
|---|---|---|
| Claimant SSN | | Claimant Name   ANGEL RIVERA |

| | |
|---|---|
| CWE | 04/23/2022 |
| Certification Date | 04/25/2022 |
| Certification Time | 20:52 |

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?          Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 04/18/2022 | Employer Contact | Employer Name:ADT SECURITY SERVICES<br>Employer Address:70 TECHNOLOGY CENTER , ,SHELTON ,Connecticut,06484-0000<br>Telephone Number: 203951333<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:ADT.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 04/19/2022 | Employer Contact | Employer Name:TD BANK<br>Employer Address:1000 LAFAYETTE BLVD , ,BRIDGEPORT ,Connecticut,06604-0000<br>Telephone Number: 203337430<br>Position Applied For:MANAGER<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:TDBANK<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 04/19/2022 | Employer Contact | Employer Name:TD BANK<br>Employer Address:975 MADISON AVE , ,BRIDGEPORT ,Connecticut,06606-0000<br>Telephone Number: 203336627<br>Position Applied For:CUSTOMER SERVICE<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:TDBANK.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

INQ-032

## Work Search Details

| Claimant SSN | | Claimant Name | ANGEL RIVERA |

| CWE | 04/30/2022 |
| Certification Date | 05/03/2022 |
| Certification Time | 20:51 |

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?                    Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 04/27/2022 | Employer Contact | Employer Name:TIME WARNER<br>Employer Address:246 FEDERAL RD , ,BROOKFIELD ,Connecticut,06804-0000<br>Telephone Number: 475289672<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:TIMEWARNERCABLE.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 04/29/2022 | Employer Contact | Employer Name:SPECTRUM ASSOCIATES<br>Employer Address:440 NEW HAVEN AVE , ,MILFORD ,Connecticut,06460-0000<br>Telephone Number: 203878461<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:SPECTRUMCT.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 04/26/2022 | Employer Contact | Employer Name:CHARTER SPECTRUM<br>Employer Address:73 OAKRIDGE RD , ,TRUMBULL ,Connecticut,06611-0000<br>Telephone Number: 203664597<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:SPECTRUM.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Weekly Certification Payment Details

quiry    Noam.. dary    Audit    Dect    .    .    MS

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name    ANGEL RIVERA

CWE                     05/07/2022
Certification Date      05/08/2022
Certification Time      23:45

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?                Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 05/02/2022 | Employer Contact | Employer Name:VERIZON<br>Employer Address:405 BRIDGEPORT AVE , ,SHELTON ,Connecticut,06484-0000<br>Telephone Number: 203225073<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:VERIZON.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 05/02/2022 | Employer Contact | Employer Name:VERIZON<br>Employer Address:654 NEW HAVEN AVE , ,DERBY ,Connecticut,06418-0000<br>Telephone Number: 203308236<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:VERIZON.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 05/04/2022 | Employer Contact | Employer Name:VERIZON<br>Employer Address:1621 BOSTON POST RD , ,MILFORD ,Connecticut,06460-0000<br>Telephone Number: 800880107<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:VERIZON.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

INQ-032

# Work Search Details

| | | | |
|---|---|---|---|
| Claimant SSN | | Claimant Name  ANGEL RIVERA | |

| | |
|---|---|
| CWE | 05/14/2022 |
| Certification Date | 05/15/2022 |
| Certification Time | 23:45 |

## Work Search Details

1. Did you actively look for work last week as required by CTDOL ?          Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 05/13/2022 | Employer Contact | Employer Name:LEXUS<br>Employer Address:2090 BROAD HOLLOW RD , ,FARMINGDALE ,Connecticut,11735-0000<br>Telephone Number: 516324815<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:STOLERLEXUS.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 05/09/2022 | Employer Contact | Employer Name:ESTATE TREASURES AND SERVICES<br>Employer Address:134 MAIN ST , ,MIDDLETOWN ,Connecticut,06457-0000<br>Telephone Number: 860344000<br>Position Applied For:TREASURE<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:ESTATETREASURESANDSERVICES.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 05/11/2022 | Employer Contact | Employer Name:LONG HOME PRODUCTS<br>Employer Address:360 BLOOMFIELD AVE , ,WINDSOR ,Connecticut,06095-0000<br>Telephone Number: 860790566<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:LONGHOMEPRODUCTS.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

6/4/26, 9:37 AM                                            Weekly Certification Payment Details

INQ-032

# Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                          05/21/2022
Certification Date           05/22/2022
Certification Time           23:45

## Work Search Details

1. Did you actively look for work last week as required by CTDOL ?                    Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 05/16/2022 | Employer Contact | Employer Name:MOMENTUM SOLAR<br>Employer Address: , ,SHELTON ,Connecticut,06484-0000<br>Telephone Number: 888666368<br>Position Applied For:APPOINTMENT SETTER<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:MOMENTUMSOLAR.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 05/19/2022 | Employer Contact | Employer Name:KOLMAR AMERICA INC<br>Employer Address:3 CORPORATE DR , ,SHELTON ,Connecticut,06484-0000<br>Telephone Number: 203873205<br>Position Applied For:TREASURE<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:KOLMARGROUP.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 05/17/2022 | Employer Contact | Employer Name:QUEEN CONSULTING GROUP<br>Employer Address: , ,GLASTONBURY ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:TREASURE<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:QUEENCG.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

6/4/26, 9:37 AM                                    Weekly Certification Payment Details

|  | quiry | Nomm Baw | Audir | Doca | | ?MS |

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                 05/28/2022
Certification Date  05/29/2022
Certification Time  23:45

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?                    Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 05/24/2022 | Employer Contact | Employer Name:PITNEY BOWES<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:DEVELOPMENT OPERATIONS<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:PITNEYBOWES.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 05/23/2022 | Employer Contact | Employer Name:CREATIVE FINANCIAL STAFFING<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:ACCOUNTING & TREASURY MANAGER<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:CFSTAFFING.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 05/26/2022 | Employer Contact | Employer Name:PITNEY BOWES<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:OPERATIONS SUPERVISOR<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:PITNEYBOWES.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

'6/4/26, 9:40 AM

Weekly Certification Payment Details

INQ-032

## Work Search Details

Claimant SSN                               Claimant Name   ANGEL RIVERA

CWE                        06/04/2022
Certification Date         06/05/2022
Certification Time         23:45

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?                    Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 06/02/2022 | Employer Contact | Employer Name:BURRIS<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:LOGISTICS<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:BURRISLOGISTICS.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 06/01/2022 | Employer Contact | Employer Name:AMAZON<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:LOGISTICS<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:AMAZON.JOBS.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 05/30/2022 | Employer Contact | Employer Name:FED EX<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:TRUCKING<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:CUSTOMCRITICAL.FEDEX.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy  Disclaimer  Accessibility Policy

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                    06/11/2022
Certification Date     06/12/2022
Certification Time     23:45

**Work Search Details**

1. Did you actively look for work last week as required by CTDOL ?            Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 06/08/2022 | Employer Contact | Employer Name:VISION SOLAR<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:VISIONSOLAR.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 06/10/2022 | Employer Contact | Employer Name:VICTORY POWER SOLAR<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:THEVICTORYPOWER.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 06/06/2022 | Employer Contact | Employer Name:LIGHT EDISON<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:INSTALLER<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:LIGHTEDISON.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

6/4/26, 9:41 AM                                        Weekly Certification Payment Details

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                    06/18/2022
Certification Date     06/19/2022
Certification Time     23:45

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?          Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 06/17/2022 | Employer Contact | Employer Name:CITIZENS BANK<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:FRAUD STRATEGY ANALYST<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:JOBS.CITIZENSBANK.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 06/13/2022 | Employer Contact | Employer Name:CITIZENS BANK<br>Employer Address: , ,BRIDGEPORT ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:CREDIT RISK SR PROFESSIONAL<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:JOBS.CITIZENSBANK.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 06/14/2022 | Employer Contact | Employer Name:CITIZENS<br>Employer Address: , ,BRIDGEPORT ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:CREDIT CARD SR BUSINESS ANALYST<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:JOBS.CITIZENSBANK.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

https://internalbenreemployct.dol.ct.gov/accessct/faces/cin/inq/weeklycertificationdetailsinquiry.xhtml?resGroup=cwedetailsLink&_accessNavOutcome...          1/1

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name    ANGEL RIVERA

CWE                    06/25/2022
Certification Date     06/26/2022
Certification Time     23:45

**Work Search Details**

    1. Did you actively look for work last week as required by CTDOL ?                    Yes

    2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 06/21/2022 | Employer Contact | Employer Name:SPECTRUM<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:MANAGER OUTBOUND TELEMARKETING<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:JOBS.SPECTRUM.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 06/20/2022 | Employer Contact | Employer Name:SPECTRUM<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:DIRECT SALES OPERATIONS<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:JOBS.SPECTRUM.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |
| 06/23/2022 | Employer Contact | Employer Name:CHARTER COMMUNICATIONS<br>Employer Address: , , ,Connecticut,00000-0000<br>Telephone Number: 000000000<br>Position Applied For:DIRECT SALES<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number: 000000000<br>Email Address:<br>Website Address:INDEED.COM<br>Fax Number: 000000000 | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                    07/02/2022
Certification Date     07/10/2022
Certification Time     10:54

**Work Search Details**

1. Did you actively look for work last week as required by CTDOL ?            Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 06/28/2022 | Employer Contact | Employer Name:Sunrun<br>Employer Address:50 DEVINE ST,NORTH HAVEN,Connecticut,06473<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Sunrun.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 06/30/2022 | Employer Contact | Employer Name:Pc richards<br>Employer Address:1574 BOSTON POST RD,MILFORD,Alabama,06460<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Pcrichard.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 06/29/2022 | Employer Contact | Employer Name:Go netspeed<br>Employer Address:777 CANAL VIEW BLVD,ROCHESTER,New York,14623<br>Telephone Number:<br>Position Applied For:Direct sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Gonetspeed.com<br>Fax Number: | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

INQ-032

## Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                    07/09/2022
Certification Date     07/11/2022
Certification Time     19:49

**Work Search Details**

1. Did you actively look for work last week as required by CTDOL ?            Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 07/07/2022 | Employer Contact | Employer Name: Citizens bank<br>Employer Address: 1000 LAFAYETTE BLVD, BRIDGEPORT, Connecticut, 06604<br>Telephone Number:<br>Position Applied For: Sales<br>Method of Contact: Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address: Citizens bank.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 07/05/2022 | Employer Contact | Employer Name: Chase bank<br>Employer Address: 675 BRIDGEPORT AVE, SHELTON, Connecticut, 06484<br>Telephone Number:<br>Position Applied For: Sales<br>Method of Contact: Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address: Chase.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 07/04/2022 | Employer Contact | Employer Name: County tv<br>Employer Address: 2770 SUMMER ST, STAMFORD, Connecticut, 06905<br>Telephone Number:<br>Position Applied For: Sales<br>Method of Contact: In Person<br>Contact Person Name: Melissa ramos<br>Contact Person Title: Manager<br>Telephone Number:<br>Email Address:<br>Website Address:<br>Fax Number: | Not Accepting Applications/Resumes |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

6/4/26, 9:46 AM                                                    Weekly Certification Payment Details

INQ-032

# Work Search Details

| Claimant SSN | Claimant Name | ANGEL RIVERA |
| --- | --- | --- |

| CWE | 07/16/2022 |
| --- | --- |
| Certification Date | 07/17/2022 |
| Certification Time | 13:14 |

## Work Search Details

1. Did you actively look for work last week as required by CTDOL ?                 Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
| --- | --- | --- | --- |
| 07/15/2022 | Employer Contact | Employer Name: Bob Thomas ford<br>Employer Address: 2215 DIXWELL AVE, HAMDEN, Connecticut, 06514<br>Telephone Number:<br>Position Applied For: Sales<br>Method of Contact: Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address: Bobthomasford.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 07/13/2022 | Employer Contact | Employer Name: Park city ford<br>Employer Address: 60 NORTH AVE, BRIDGEPORT, Connecticut, 06606<br>Telephone Number:<br>Position Applied For: Sales<br>Method of Contact: Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address: Stevensfordmilford.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 07/11/2022 | Employer Contact | Employer Name: Ford<br>Employer Address: 717 BRIDGEPORT AVE, MILFORD, Connecticut, 06460<br>Telephone Number:<br>Position Applied For: Sales<br>Method of Contact: Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address: Stevensfordmilford.com<br>Fax Number: | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

| | |
|---|---|
| | INQ-032 |

## Work Search Details

Claimant SSN                        Claimant Name   ANGEL RIVERA

CWE                    07/23/2022
Certification Date     07/24/2022
Certification Time     18:54

### Work Search Details

1. Did you actively look for work last week as required by CTDOL ?            Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 07/22/2022 | Employer Contact | Employer Name:Tdbank<br>Employer Address:1000 LAFAYETTE BLVD,BRIDGEPORT,Connecticut,06604<br>Telephone Number:<br>Position Applied For:Customer service<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Tdbank.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 07/20/2022 | Employer Contact | Employer Name:Bank of america<br>Employer Address:2944 MAIN ST,STRATFORD,Connecticut,06614<br>Telephone Number:<br>Position Applied For:Customer serivce<br>Method of Contact:Onllne<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Bankofamerica.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 07/18/2022 | Employer Contact | Employer Name:Citizens bank<br>Employer Address:1000 LAFAYETTE BLVD,BRIDGEPORT,Connecticut,06604<br>Telephone Number:<br>Position Applied For:Customer service<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Citizensbank.com<br>Fax Number: | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

6/4/26, 9:47 AM                                          Weekly Certification Payment Details

INQ-032

# Work Search Details

Claimant SSN                          Claimant Name   ANGEL RIVERA

CWE                          07/30/2022
Certification Date           08/01/2022
Certification Time           10:31

## Work Search Details

1. Did you actively look for work last week as required by CTDOL ?                    Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 07/29/2022 | Employer Contact | Employer Name:Richard's building suppy<br>Employer Address:125 OLD GATE LN,MILFORD,Connecticut,06460<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Richard-supply.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 07/27/2022 | Employer Contact | Employer Name:Wayforth<br>Employer Address:1869 POST RD,WESTPORT,Connecticut,06880<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Wayforth.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 07/25/2022 | Employer Contact | Employer Name:Rite hite<br>Employer Address:29 GRIFFIN RD,BLOOMFIELD,Connecticut,06002<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Ritehite.com<br>Fax Number: | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy   Disclaimer   Accessibility Policy

Weekly Certification Payment Details

INQ-032

## Work Search Details

Claimant SSN                    Claimant Name   ANGEL RIVERA

CWE                     08/06/2022
Certification Date      08/07/2022
Certification Time      15:59

**Work Search Details**

1. Did you actively look for work last week as required by CTDOL ?                    Yes
2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 08/04/2022 | Employer Contact | Employer Name:Hyundai<br>Employer Address:556 BRIDGEPORT AVE,MILFORD,Connecticut,06460<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Keyhyundaimilford.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 08/02/2022 | Employer Contact | Employer Name:Tesla<br>Employer Address:340 GREENWICH AVE,GREENWICH,Connecticut,06830<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Tesla.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 08/01/2022 | Employer Contact | Employer Name:Tesla<br>Employer Address:881 BOSTON POST RD,MILFORD,Alabama,06460<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Tesla.com<br>Fax Number: | Application/Resume Filed But Not Hired |

Work Search Acknowledgement

Privacy Policy  Disclaimer  Accessibility Policy

6/4/26, 9:48 AM                                    Weekly Certification Payment Details

                                                                                                INQ-032
                                          Work Search Details


                              Claimant SSN  :              Claimant Name   ANGEL RIVERA


            CWE                    08/13/2022
            Certification Date     08/14/2022
            Certification Time     13:08


**Work Search Details**

    1. Did you actively look for work last week as required by CTDOL ?          Yes
    2. If you did not actively look for work last week, explain why:

| Date of Work Search | Type of Work Search | Summary | Result of Contact |
|---|---|---|---|
| 08/10/2022 | Employer Contact | Employer Name:Darcar lexus of Greenwich<br>Employer Address:19 RAILROAD AVE,GREENWICH,Connecticut,06830<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Lexusofgreenwich.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 08/09/2022 | Employer Contact | Employer Name:Miller motors<br>Employer Address:342 WEST PUTNAM AVE,GREENWICH,Connecticut,06830<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Millermotorcars.com<br>Fax Number: | Application/Resume Filed But Not Hired |
| 08/08/2022 | Employer Contact | Employer Name:Porsche<br>Employer Address:475 COMMERCE DR,FAIRFIELD,Connecticut,06825<br>Telephone Number:<br>Position Applied For:Sales<br>Method of Contact:Online<br>Contact Person Name:<br>Contact Person Title:<br>Telephone Number:<br>Email Address:<br>Website Address:Porschefairfield.com<br>Fax Number: | Application/Resume Filed But Not Hired |

                                   Work Search Acknowledgement


Privacy Policy   Disclaimer   Accessibility Policy