**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANGEL RIVERA, | :CASE NO. 3:24-cv-00541-SFR |
| Plaintiff, | : |
| v. | : |
| | : |
| CSC HOLDINGS, LLC d/b/a ALTICE | : |
| Defendant. | :JULY 2, 2026 |
| | : |

## SUPPLEMENTAL AFFIDAVIT OF ANGEL RIVERA

I, Angel Rivera, hereby depose and state the following;

1) I am over the age of eighteen years and believe in the obligation of an oath;

2) I am the Plaintiff in the above captioned matter and I am familiar with the facts contained herein;

3) I have searched for any profile I may have had on Monster.com and Jobs.com and I do not have any profile for these websites. Initially after I was discharged during my employment search I would occasionally use these websites, but within approximately six months after I was discharged I secured employment and due to unwanted email solicitations I terminated any accounts I had with Monster.com and Jobs.com.

4)  I have on today's date signed authorizations permitting the Defendant's

counsel to obtain any and all records that may be available from Monster.com

and Jobs.com.



Angel Rivera

Subscribed and sworn to before me on this the 2nd day of July 2026.

Commissioner of the Superior Court
Notary Public
My Commission Expires: